### APPEAL OF RICHARD M. McCOY.

Docket No. 3591. Decided October 27, 1926.

A member of the Osage Indian Tribe is subject to tax on royalties and proceeds from the sale of mineral rights.

*T. J. Leahy, Esq.*, for the petitioner.
*Ellis W. Manning, Esq.*, for the Commissioner.

This appeal is from the determination of a deficiency in income tax for the calendar year 1919 in the amount of $344.73, all of which is in controversy.

The taxpayer's counsel did not appear at the hearing. Counsel for the Commissioner stated that the parties had agreed that the issues involved in this appeal should be determined and controlled by the decision of the Board in the *Brunt* appeal, Docket No. 2869, then under submission. The appeal was submitted on the pleadings.

#### FINDINGS OF FACT.

The taxpayer is an individual member of the Osage Indian Nation or Tribe, and resides at Bartlesville, in the State of Oklahoma. The income upon which the deficiency is based was his pro rata share of the proceeds of sales of leases and receipt of bonus by the United States for the Osage Indian Nation or Tribe during the calendar year 1919. Portions of such proceeds were subject to deferred payment and were not received by the taxpayer during the year involved in this appeal.

#### OPINION.

LANSDON: This taxpayer was subject to taxes on income received in 1919. *Appeal of Leah Brunt*, 5 B. T. A. 134. It appears, however, from certain admissions of the Commissioner, that a redetermination of the deficiency will be required.

*Judgment will be entered on 15 days' notice, under Rule 50.*